# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3726

_____

ANTHONY P. NEWSOME, SR.,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and EAST
COAST WAFFLES, INC.,

Appellees.

_____

On appeal from an order of the Reemployment Assistance Appeals Commission.

June 21, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony P. Newsome, Sr., pro se, Appellant.

Amanda L. Neff, Deputy General Counsel & Chief Appellate Attorney, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

No appearance for Appellee East Coast Waffles, Inc.